FORM 104 (10/06)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS** Thomas D. Richardson, Chapter 7 Trustee in bankruptcy for Jerilyn Joy Ramsay | **DEFENDANTS** William C. White II and Donna Marie White |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) Brinson, Askew, Berry, et al. P.O. Box 5007, Rome GA 30162-5007 (706) 291-8853 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only) ☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin ☐ Creditor  ☐ Other ☒ Trustee | **PARTY** (Check One Box Only) ☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin ☐ Creditor  ☒ Other ☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Complaint to avoid and recover a pre-petition fraudulent transfer pursuant to 11 U.S.C. Sections 548(a)(1)(A) and (a)(1)(B).

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1st alternative causes as 2nd alternative causes etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☒ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – reinstatement of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 27,900.00 |

Other Relief Sought judgment for damages in the amount of the pre-petition transfer, plus interest or disgorge the pre-petition transfer.

FORM 104 (10/06), Page 2

### BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR<br>Jerilyn Joy Ramsay | | BANKRUPTCY CASE NO.<br>14-41344 |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING<br>Northern District of Georgia | DIVISIONAL OFFICE<br>Rome | NAME OF JUDGE<br>Paul W. Bonapfel |

### RELATED ADVERSARY PROCEEDING (IF ANY)

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |

| SIGNATURE OF ATTORNEY (OR PLAINTIFF) |
|---|
| *[signature]* |

| DATE<br>9/11/14 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Thomas D. Richardson |
|---|---|

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, if it is required by the court. In some courts, the cover sheet is not required when the adversary proceeding is filed electronically through the court's Case Management/Electronic Case Files (CM/ECF) system. (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and the defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and in the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| JERILYN JOY RAMSAY, | CASE NO. 14-41344PWB |
| Debtor. | |
| THOMAS D. RICHARDSON, Chapter 7 Trustee in Bankruptcy for Jerilyn Joy Ramsay, | ADVERSARY PROCEEDING |
| Plaintiff, | NO. _____ |
| vs. | |
| WILLIAM C. WHITE II and DONNA MARIE WHITE, Defendants. | (HONORABLE PAUL W. BONAPFEL) |

### COMPLAINT TO AVOID AND RECOVER FRAUDULENT TRANSFERS

Comes now the Plaintiff, Thomas D. Richardson, the duly qualified and acting Trustee in bankruptcy for Jerilyn Joy Ramsay (the "Trustee"), by and through his undersigned attorneys and files this Complaint against William C. White II and Donna Marie White (together, the "Whites") to avoid a certain pre-petition transfer, showing the Court as follows:

#### I. THE PARTIES

1. On May 31, 2014, the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code (the "Petition Date").

2. The Trustee is authorized to bring this action on behalf of the Debtor's estate.

3. Defendant William C. White II is an adult resident of Murray County, Georgia. Defendant William C. White II resides, and maintains his dwelling house, at 167 Cobb Drive, Chatsworth, Murray County, Georgia 30705, and he may be served by first-class mail, postage-prepaid to the above address.

4.  Defendant Donna Marie White is an adult resident of Murray County, Georgia. Defendant Donna Marie White resides, and maintains her dwelling house, at 167 Cobb Drive, Chatsworth, Murray County, Georgia 30705, and she may be served by first-class mail, postage-prepaid to the above address.

## II.   JURISDICTION AND VENUE

5.  This court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 in that it arises in and relates to a fraudulent transfer action in the bankruptcy case of Jerilyn Joy Ramsay, Case No. 14-41344PWB.

6.  Venue of this matter is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

7.  This a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(E) and (H).

## III.   BACKGROUND

8.  On October 16, 2012, the Debtor Jerilyn Joy Ramsay owned an interest in certain property in Murray County, Georgia consisting of 4.623 acres of land more particularly described in a Survivorship Warranty Deed dated February 5, 1998 recorded March 25, 1998 in Murray County, Georgia Deed Book 295, Page 208 (the Survivorship Warranty Deed described as 6.623 acres; following March 29, 1998, two 1 acre tracts were conveyed, leaving 4.623 acres, the subject of this Adversary Proceeding).

9.  Debtor Jerilyn Joy Ramsay conveyed her interest in 4.623 acres of land in Murray County, Georgia more particularly described in a Survivorship Warranty Deed dated October 16, 2012 and recorded October 18, 2012 in Deed Book 771, Page 322 of the Murray County, Georgia Deed Records (the "Pre-Petition Transfer") (the 4.623 acres described therein hereinafter being "Acreage"). A true and correct copy of the referenced Survivorship Warranty Deed associated with the Pre-Petition Transfer of the Acreage is attached hereto as Exhibit "A"

313666

2

and incorporated herein by specific reference.

10. A PT-61 Form was filed in the Murray County, Georgia Deed Records in conjunction with the Pre-Petition Transfer of the Acreage, and a true and correct copy of the PT-61 Form filed in conjunction with the Pre-Petition Transfer of the Acreage is attached hereto as Exhibit "B" and incorporated herein by specific reference (hereinafter "PT-61 Form"). The PT-61 Form references "Deed of Gift."

11. No contemporaneous consideration was given by William C. White II or Donna Marie White to Debtor Jerilyn Joy Ramsay with respect to the Pre-Petition Transfer of the Acreage.

12. At the time of the Pre-Petition Transfer of the Acreage, William C. White II was Debtor Jerilyn Joy Ramsay's son, and Donna Marie White was the spouse of William C. White II, or the daughter-in-law of Debtor Jerilyn Joy Ramsay.

13. The PT-61 Form for the Acreage reflects zero dollars as the "Actual Value of consideration received by seller" in connection with the Pre-Petition Transfer of the Acreage.

14. Upon information and belief, at the time of the Pre-Petition Transfer of the Acreage to Debtor Jerilyn Joy Ramsay's son and daughter-in-law, William C. White II and Donna Marie White, the Acreage was owned free and clear – that is, there were no open security deeds relating to the Acreage on the date of the Pre-Petition Transfer.

15. Upon information and belief, the Acreage has not appreciated, or depreciated, significantly since the time of the Pre-Petition Transfer. According to the Murray County, Georgia tax assessor, the Acreage has a tax assessed value of $55,800.00, and a true and correct copy of the 2014 Murray County Tax Assessment for the Acreage is attached hereto as Exhibit "C" and incorporated herein by specific reference.

313666

16. Upon information and belief, the Debtor Jerilyn Joy Ramsay's interest in the Acreage at the time of the Pre-Petition Transfer was $27,900.00, or ½ of $55,800.00.

17. At the time of the Pre-Petition Transfer of the Acreage by Debtor Jerilyn Joy Ramsay to the Whites, Debtor Jerilyn Joy Ramsay owed considerable debts.

18. At the time of the Pre-Petition Transfer of the Acreage by Debtor Jerilyn Joy Ramsay to the Whites, the sum of Debtor Jerilyn Joy Ramsay's debts was greater than all of Debtor Jerilyn Joy Ramsay's assets, at a fair valuation.

19. At the time of the Pre-Petition Transfer of the Acreage by Debtor Jerilyn Joy Ramsay to the Whites, Debtor Jerilyn Joy Ramsay was generally not paying her debts as they became due.

20. At the time of the Pre-Petition Transfer of the Acreage by Debtor Jerilyn Joy Ramsay to the Whites, Debtor Jerilyn Joy Ramsay was insolvent or became insolvent as a result of such transfer.

21. At the time of the Pre-Petition Transfer of the Acreage by Debtor Jerilyn Joy Ramsay to the Whites, Debtor Jerilyn Joy Ramsay was engaged in business or a transaction, or was about to engage in business or a transaction, for which any property remaining with the Debtor was unreasonably small capital.

**COUNT I – Avoidance of Transfer (11 U.S.C. § 548(a)(1)(A) and (a)(1)(B))**

22. The Trustee realleges and incorporates by reference paragraphs 1 through 21 as if more fully set forth herein.

23. The Pre-Petition Transfer of the Acreage by Debtor Jerilyn Joy Ramsay to the Whites was made within two (2) years of Debtor Jerilyn Joy Ramsay's filing of Chapter 7.

24. Upon information and belief, Debtor Jerilyn Joy Ramsay voluntarily made the

4

313666

Pre-Petition Transfer of the Acreage to the Whites with actual intent to hinder, delay, or defraud one or more entities to which Debtor was or became indebted after the date of the Pre-Petition Transfer of the Acreage.

25. The Pre-Petition Transfer of the Acreage by Debtor Jerilyn Joy Ramsay to the Whites was made without receiving a reasonably equivalent value in exchange for such transfer.

26. At the time of the Pre-Petition Transfer of the Acreage by Debtor Jerilyn Joy Ramsay to the Whites, the Debtor Jerilyn Joy Ramsay was insolvent or became insolvent as a result of such transfers.

27. At the time of the Pre-Petition Transfer of the Acreage by Debtor Jerilyn Joy Ramsay to the Whites, the Debtor Jerilyn Joy Ramsay was engaged in business or a transaction, or was about to engage in business or a transaction, for which any property remaining with the Debtor was an unreasonably small capital.

28. At the time of the Pre-Petition Transfer of the Acreage by Debtor Jerilyn Joy Ramsay to the Whites, the Debtor Jerilyn Joy Ramsay believed that she would incur debts that would be beyond the Debtor's ability to pay such debts as they matured.

29. The Pre-Petition Transfer of the Acreage by Debtor Jerilyn Joy Ramsay to the Whites is voidable as a fraudulent transfer under 11 U.S.C. §548 (a)(1)(A) and §548(a)(1)(B).

30. The Trustee should recover either the Acreage consisting of the Pre-Petition Transfer or the value of said Acreage transferred plus interest.

WHEREFORE, Plaintiff respectfully requests that this Court enter a final judgment for damages in an amount equal to the value of the Debtor's interest in the Acreage conveyed by the Pre-Petition Transfer, $27,900.00, plus interest against William C. White and Donna Marie White jointly and severally, or require William C. White and Donna Marie White to disgorge the

313666

5

Pre-Petition Transfer by voiding the Pre-Petition Transfer of the Acreage or otherwise, and grant any other and further relief this Court deems just and proper.

>    BRINSON, ASKEW, BERRY, SEIGLER,
>    RICHARDSON & DAVIS, LLP
>
>    */s/ Thomas D. Richardson*
>
>    THOMAS D. RICHARDSON
>    Georgia Bar No.: 604313
>    Attorneys for Thomas D. Richardson, Trustee in
>    bankruptcy for the estate of Jerilyn Joy Ramsay

PO Box 5007
Rome, GA 30162-5007
706-291-8853
706-234-3574 (fax)

6

313666

MURRAY COUNTY, GEORGIA
Filed 9am October 18, 2012
Recorded October 18, 2012
Deed Book 771 Page 328
Connie Reed
Clerk of Superior Court

After Recording Return To:
Rodney O. Quarles, P.C.
P.O. Box 87
Chatsworth, Georgia 30705

TITLE NOT EXAMINED DEED PREPARATION ONLY

SURVIVORSHIP WARRANTY DEED

STATE OF GEORGIA
COUNTY OF MURRAY

THIS INDENTURE, made this 16th day of October, 2012 between WILLIAM C. WHITE, II and JERILYN J. RAMSAY of the State of Georgia and the County of Murray of the first part, and WILLIAM C. WHITE, II and DONNA MARIE WHITE of the State of Georgia and the County of Murray of the second part,

WITNESSETH: That the said party of the first part, for and in consideration of the sum of Ten Dollars, in hand paid, at and before the sealing and delivery of these presents, the receipt of which is hereby acknowledged, has granted, bargained, sold, and conveyed, and by these presents does grant, bargain, sell, and convey unto the said parties of the second part as tenants in common, for and during their joint lives, and upon the death of either of them, then to the survivor of them in fee simple, together with every contingent remainder and right of reversion, and to the heirs and assigns of said survivor, the following described property:

All that tract or parcel of land located in Land Lot Nos. Twenty-Four (24) and forty-Nine (49) in the Ninth (9th) District and Third (3rd) Section of Murray County, Georgia, being designated and TRACTS ONE (1), TWO (2) and THREE(3), containing a total of Six and 623/1000 (6.623) Acres, according to that certain plat of survey thereof prepared by Thomas A. Dobson, Registered Land Surveyor, dated December 15, 1997, and recorded in Plat Book 32, Page 127, in the Office of the Clerk of the Superior Court of Murray County, Georgia, and said plat and the description set out therein are hereby incorporated herein by reference thereto for a more particular description of said property.

ALSO conveyed is a non-exclusive perpetual twenty (20) foot easement for ingress and egress along, under, over, and across the driveway shown on said plat, including the right and privilege to construct utility lines along, over, under, and across same. Said driveway runs in a northeasterly direction from a county public road to the south side of said property.

SUBJECT TO: The rights of others to the use of a gravel drive running through the west line of subject property, as more particularly described on the above referenced plat.

LESS AND EXCEPT
All that tract or parcel of land lying and being in Land Lot No. 24 and 49, 9th District, 3rd Section, Murray County, Georgia, being more particularly described as that certain Tract 1, containing 1.00 acres, according to that certain Plat of Survey for William C. White, GRLS No. 2947, dated July 23, 2007, revised July 23, 2007 as recorded in Plat book 42, Page 204, Murray County, Georgia Deed Records.

1

EXHIBIT A

**BUT SUBJECT TO**
That certain 20 foot Easement for purposes of ingress and egress and utilities shown as "Existing 20' Ingress/Egress Easement" on said above-referenced plat.

That certain New 50 foot Easement for purposes of ingress and egress and utilities, shown as "New 50' Ingress/Egress Easement" on said above-referenced plat.

**LESS AND EXCEPT**
All That tract or parcel of land located in Land Lot Twenty-Four (24) in the ninth (9th) District and Third (3rd) Section of Murray County, Georgia, being designated as Tract One (1) on a plat of survey thereof prepared by William c. White, Georgia R.L.S. #2947, dated June 7, 2007, and recorded in Plat Book 42, Page 159, in the Office of the Clerk of the Superior Court of Murray County, Georgia, which plat is hereby incorporated herein by reference thereto for a more particular description of said property.

**BUT ALSO SUBJECT TO:**
A non-exclusive perpetual twenty (20) foot easement for ingress and utilities along, under, over, and across the driveway shown on said plat, including the right and privilege to construct utility lines along, over, under, and across same, as shown on said plat of survey to Cob Drive. Said driveway runs in a northeasterly direction from a county public road to the south side of said property.

TO HAVE AND TO HOLD the said tract or parcel of land, with all and singular the rights, members and appurtenances thereof, to the same being, belonging, or in anywise appertaining, to the only proper use, benefit and behoof of the said parties of the second part, as tenants in common, for and during their joint lives, and upon the death of either of them, then to the survivor of them in fee simple, together with every contingent remainder and right of reversion, and to the heirs and assigns of said survivor.

AND THE SAID party of the first part, for his heirs, executors, and administrators, will warrant and forever defend the right and title to the above-described property, unto the said parties of the second part, as hereinabove provided, against the claims of all persons whomsoever.

IN WITNESS WHEREOF, the said party of the first part has hereunto set his hand and seal the day and year first above-written.

Signed, sealed and delivered in the presence of:

_____         _____ (Seal)
Witness                                                          WILLIAM C. WHITE, II

_____
Notary Public

_____         _____ (Seal)
Witness                                                          JERILYN J. RAMSAY

Notary Public

2

| PT-61 (Rev. 11/04) | To be filed in **MURRAY COUNTY** | | | | PT-61 105-2012-001347 | |
|---|---|---|---|---|---|---|
| **SECTION A – SELLER'S INFORMATION (Do not use agent's information)** | | | | **SECTION C – TAX COMPUTATION** | | |
| SELLER'S LAST NAME<br>White, II | FIRST NAME<br>William | | MIDDLE<br>C. | Exempt Code<br>If no exempt code enter NONE | | Deed of Gift |
| MAILING ADDRESS (STREET & NUMBER)<br>167 Cobb Drive | | | | 1. Actual Value of consideration received by seller<br>Complete Line 1A if actual value unknown | | $0.00 |
| CITY, STATE / PROVINCE / REGION, ZIP CODE, COUNTRY<br>Chatsworth, GA 30705 USA | | DATE OF SALE<br>10/16/2012 | | 1A. Estimated fair market value of Real and<br>Personal property | | $0.00 |
| **SECTION B – BUYER'S INFORMATION (Do not use agent's information)** | | | | 2. Fair market value of Personal Property only | | $0.00 |
| BUYER'S LAST NAME<br>White, II | FIRST NAME<br>William | | MIDDLE<br>C. | 3. Amount of liens and encumbrances<br>not removed by transfer | | $0.00 |
| MAILING ADDRESS (Must use buyer's address for tax billing & notice purposes)<br>167 Cobb Drive | | | | 4. Net Taxable Value<br>(Line 1 or 1A less Lines 2 and 3) | | $0.00 |
| CITY, STATE / PROVINCE / REGION, ZIP CODE, COUNTRY<br>Chatsworth, GA 30705 USA | | Check Buyers Intended Use<br>(X) Residential ( ) Commercial<br>( ) Agricultural ( ) Industrial | | 5. TAX DUE at .10 per $100 or fraction thereof<br>(Minimum $1.00) | | $0.00 |
| **SECTION D – PROPERTY INFORMATION (Location of Property (Street, Route, Hwy, etc))** | | | | | | |
| HOUSE NUMBER & EXTENSION (ex 265A) | PRE-DIRECTION, STREET NAME AND TYPE, POST DIRECTION | | | | | SUITE NUMBER |
| COUNTY<br>MURRAY | CITY (IF APPLICABLE) | | | MAP & PARCEL NUMBER<br>0045d 046 | | ACCOUNT NUMBER |
| TAX DISTRICT | GMD | LAND DISTRICT | | ACRES | LAND LOT | SUB LOT & BLOCK |
| **SECTION E – RECORDING INFORMATION (Official Use Only)** | | | | | | |
| DATE | DEED BOOK<br>771 | | DEED PAGE<br>322 | | PLAT BOOK | PLAT PAGE |

**ADDITIONAL BUYERS**
White, Donna Marie

EXHIBIT _B_

## Board of Tax Assessors
## Murray County, GA

121 North 4TH Ave.
Chatsworth, GA 30705
Phone: 706-517-1400
Fax: 706-695-2125

Recent Sales in Neighborhood | Previous Parcel | Next Parcel | Field Definitions | Return to Main Search Page | Murray Home
Recent Sales in Area

### Owner and Parcel Information

| | | | |
|---|---|---|---|
| Owner Name | WHITE II WILLIAM C & DONNA MARIE | Today's Date | July 10, 2014 |
| Mailing Address | 167 COBB DRIVE | Parcel Number | 0045D 046 |
| | CHATSWORTH, GA 30705 | Tax District | COUNTY UNINCORPORATED (District 01) |
| Location Address | 167 COBB DR | 2013 Millage Rate | 21.450 |
| Legal Description | COBB RD | Acres | 4.49 |
| Property Class(NOTE: Not Zoning Info) | R4-Residential | Neighborhood | ETON - SMALL TRACTS |
| Zoning | SPLIT-ZONED | Homestead Exemption | Yes (L5HB) |
| Landlot/District | 49/9 | Parcel Map | Show Parcel Map |
| Water | Public | Sewer | Septic Tank |
| Electric | | Gas | Tank Gas |
| Topography | Level | Drainage | Poor |
| Road Class | County | Parcel Road Access | Paved |

### 2013 Tax Year Value Information

| Land Value | Improvement Value | Accessory Value | Total Value | Previous Value |
|---|---|---|---|---|
| $ 27,300 | $ 26,700 | $ 1,800 | $ 55,800 | $ 55,800 |

### Land Information

| Type | Description | Calculation Method | Soil Productivity | Acres | Photo |
|---|---|---|---|---|---|
| RUR | Small Parcels | Rural | 1 | 4.49 | NA |

### Improvement Information

| Style | Heated Sq Ft | Interior Walls | Exterior Walls | Attic Area Sq Ft | Basement Area Sq Ft | Year Built | Photo |
|---|---|---|---|---|---|---|---|
| One Family | 720 | Sheetrock | Alum/Vinyl Sid | 0 | 0 | 1950 | Building Images |
| Roof Type | Flooring Type | Heating Type | Rooms Bedrooms/Bathrooms/Extra Plumbing | Value | Cond | Number Fire Pl | Sketch |
| Asphalt Shingles | Other | Wall Heat Elec./Gas | 0/0/1.0/0 | $ 26,700 | Average | 1 | Sketch Building 1 |

### Accessory Information

| Description | Year Built | Dimensions/Units | Value |
|---|---|---|---|
| *Homesite 1: Grd 90 & Below | 1998 | 0x0 1 | $ 1,800 |

### Sale Information

| Sale Date | Deed Book / Page | Plat Book / Page | Sale Price | Reason | Grantor | Grantee |
|---|---|---|---|---|---|---|
| 10/16/2012 | 771 322 | 32 127 | $ 0 | Related owners | WHITE WILLIAM C II & | WHITE, II WILLIAM C & DONNA MARIE |
| 02/05/1998 | 295 208 | 32 127 | $ 0 | Related owners | WETZEL GEORGE F & | WHITE WILLIAM C II & |
| 12/18/1997 | 292 298 | 32 127 | $ 100,000 | Fair Market Value | THURMAN RONALD LEE & | WETZEL GEORGE F & |
| 11/24/1992 | 157 245 | 14 126 | $ 0 | Not Valid Sale | | THURMAN RONALD LEE & |

Recent Sales in Neighborhood | Previous Parcel | Next Parcel | Field Definitions | Return to Main Search Page | Murray Home
Recent Sales in Area

The Assessor's Office makes every effort to produce the most accurate information possible. No warranties, expressed or implied, are provided for the data herein, its use or interpretation. The assesment information is from the last certified taxroll. All data is subject to change before the next certified taxroll. Website Updated: July 7, 2014

© 2004 by the County of Murray, GA | Website design by qpublic.net

EXHIBIT  C

http://qpublic7.qpublic.net/ga_display.php?county=ga_murray&KEY=0045D 046          7/10/2014